IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
(GREEN BAY DIVISION)

| | | |
|---|---|---|
| **Kimberly-Clark Corporation,** | ) | |
| **Kimberly-Clark Worldwide, Inc.** | ) | |
| **and** | ) | |
| **Kimberly-Clark Global Sales, Inc.,** | ) | Civil Action No. 03 C 0156 |
| | ) | |
| Plaintiffs, | ) | Judge Griesbach |
| | ) | |
| v. | ) | |
| | ) | |
| **McNeil-PPC, Inc.,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER PERMITTING THE
## REMOVAL OF DOCUMENTS FILED UNDER SEAL

Having considered the unopposed Motion of Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, Inc. ("K-C") to remove certain documents filed under seal pursuant to Paragraph 6(B) of the Protective Order in this case, and having found good cause to grant the motion;

**IT IS HEREBY ORDERED** that the Clerk of Court shall permit K-C to permanently withdraw from the Court records the following documents filed under seal:

| DOCKET | DOCUMENT TITLE |
|---|---|
| 45 | Declaration of Nathan D. Jamison in Support of McNeil's Brief in Support of Claim Construction of the Romans-Hess Patent (FILED UNDER SEAL) |
| 46 | Declaration of Nathan D. Jamison in Support of McNeil's Brief in Support of Claim Construction of the Kellenberger Patent (FILED UNDER SEAL) |
| 47 | Declaration of Nathan D. Jamison in Support of McNeil's Brief in Support of Claim Construction of the Meyer Patent (FILED UNDER SEAL) |
| 51 | Brief in Support (Sealed Document) of Claim Construction of the Meyer Patent |

| | |
|---|---|
| 52 | Brief in Support (Sealed Document) of Claim Construction of the Romans-Hess Patent |
| 53 | Brief in Support (Sealed Document) of Claim Construction of the Kellenberger Patent |
| 55 | Index of Exhibits (Sealed Document) to Declaration of Nathan Jamison in support of brief in support of claim construction of Kellenberger Patent |
| 56 | Index of Exhibits (Sealed Document) to Declaration of Nathan Jamison in support of brief in support of claim construction of Romans-Hess Patent |
| 57 | Index of Exhibits (Sealed Document) to Declaration of Nathan Jamison in support of brief in support of claim construction of Meyer Patent |
| 59 | Declaration of Graham Allan (Sealed Document) in Support of Brief in Support of Claim Construction of Meyer Patent |
| 67 | Response (Sealed Document) to [50] Markman brief for the Romans-Hess patent |
| 69 | Response (Sealed Document) to [51] Brief in support of claim construction of the Meyer patent |
| 70 | Reply (Sealed Document) Brief in Support of Claim Construction of the Meyer Patent, U.S. 4,798,603 |
| 71 | Reply (Sealed Document) Brief in Support of Claim Construction of the Kellenberger Patent, U.S. 5,147,343 |
| 72 | Index of Exhibits (Sealed Documents) to McNeil's Reply Brief in Support of Claim Construction of the Kellenberger Patent, U.S. 5,147,343 |
| 73 | Reply (Sealed Documents) Brief in Support of Claim Construction of the Romans-Hess Patent, U.S. 4,655,759 |

Dated: May 10th, 2005

BY THE COURT:

s/ William C. Griesbach
Hon. William C. Griesbach
U.S. District Court Judge